# EXHIBIT B

# US 10,182,144 Mesa Digital
# vs
# Dell Inc.

# US 10,182,144 Mesa Digital
# vs
# Dell Inc.



Claims priority from a provisional application 06/27/2000
Total Patent Term Adjustments: 0 days

# Related Products

- The following chart is based on the review of Latitude 7210 2-in-1 Laptop.



## Latitude 7210 2-in-1

**Model:** 12" 7210 2-n-1 ∨

### Secure, serviceable and smarter than ever

The most intelligent business detachable with built-in AI is also the most secure.* It's extensively field-serviceable and delivers the high performance necessary to work how you need wherever you are.

### Starting at $1,439.00
⊘ Price Match Guarantee[i]

As low as $44/mo.* with Dell Business Credit | Apply for credit

**Choose Tech Specs**

https://web.archive.org/web/20210317000421/https://www.dell.com/en-us/work/shop/2-in-1-laptops-tablets/latitude-7210-2-in-1/spd/latitude-12-7210-2-in-1-laptop#features_section



https://web.archive.org/web/20250000000000*/https://www.dell.com/en-us/work/shop/2-in-1-laptops-tablets/latitude-7210-2-in-1/spd/latitude-12-7210-2-in-1-laptop#features_section

3

# US10182144 Claim 1

1. An electronic wireless hand held multimedia device, comprising:at least one of a wireless unit supporting bi-directional data communications of data including video and text for the electronic wireless hand held multimedia device with remote data resources over cellular telecommunications networks, over wireless local area networks, and over a direct wireless connection with electronic devices located within short range using short range RF (Radio Frequency) communications;

a touch sensitive display screen configured to display the data including said video and text received by the electronic wireless hand held multimedia device by selecting a particular data represented by a soft button graphically displayed on the touch sensitive display screen of the multimedia device;

a microprocessor configured to facilitate operation of and communications by the electronic wireless hand held multimedia device;

a video camera enabling the capture of video and pictures;

an image processing unit configured to process the video and pictures captured by the video camera for display on the touch sensitive display screen;

a GPS module configured to operate with mapping resources and provide location information and mapping information data for and/or with respect to the electronic wireless hand held multimedia device wherein the mapping information data is rendered on the touch sensitive display screen as GPS maps; and

a security module accessible by the microprocessor to enable protected data access, management and communications security.

4

# US10182144 Claim 1

| [1.P] An **electronic wireless hand held multimedia device**, comprising: | Dell provides "**Latitude 7210 2-in-1 Laptop**" (**a hand held multimedia device**). |
|---|---|



https://web.archive.org/web/20210317000421/https://www.dell.com/en-us/work/shop/2-in-1-laptops-tablets/latitude-7210-2-in-1/spd/latitude-12-7210-2-in-1-laptop#features_section

# US10182144 Claim 1

| at least one of a **wireless unit** | Dell provides **Latitude 7210 2-in-1 Laptop** (**a hand held multimedia device**) The Latitude 7210 2-in-1 Laptop supports bi-directional communication, for example, "**send and receive files over Bluetooth in windows**' therefore, it would be apparent to a person having ordinary skill in the art that the Latitude 7210 2-in-1 Laptop includes "**wireless transceivers"** (wireless unit) for facilitating communication over "**Wi-Fi, cellular network (nano SIM), and Bluetooth**". The Latitude 7210 2-in-1 wireless unit incorporates integrated wireless modules that perform the necessary functions for "**Wi-Fi and Bluetooth communication"**. Additionally, certain configurations offer optional cellular connectivity through a "**nano SIM card slot**." |



https://www.dell.com/support/manuals/en-ed/latitude-12-7210-2-in-1-laptop/latitude_7210_2_in_1_service_manual/wireless-screen-options?guid=guid-73037438-2f79-4e50-a775-da34f8625d04&lang=en-us



https://web.archive.org/web/20210317000421/https://www.dell.com/en-us/work/shop/2-in-1-laptops-tablets/latitude-7210-2-in-1/spd/latitude-12-7210-2-in-1-laptop#features_section



https://web.archive.org/web/20210317000421/https://www.dell.com/en-us/work/shop/2-in-1-laptops-tablets/latitude-7210-2-in-1/spd/latitude-12-7210-2-in-1-laptop#features_section

# US10182144 Claim 1

How Wireless Transceivers Work

Wireless transceivers work via radiowaves to send and receive information to and from devices. Such a procedure commences with the transmitter part that encodes digital information into radio waves using modulation techniques like Frequency Modulation (FM) or Amplitude Modulation (AM). These modulated signals are radio frequency signals that are radiated over an antenna. Then, the transceiver antenna of the receiver intercepts the radio, as mentioned above, frequency signals and employs its demodulator to reconstruct the coded information. Signal processing is also undertaken to quickly receive the data to eliminate the noise and any other interference that might be present. The transceivers[] are designed to work in different bands of frequencies, which are changed depending on the purposes, for instance, Wi-Fi, Bluetooth, and cellular networks, to optimize connection and communication quality. This complicated process indicates the importance of transceivers in retaining continuity in wireless tools over different technologies.

https://ascentoptics.com/blog/wireless-transceiver/
(Note: The above evidence has been obtained from a third-party source.)

# Send and receive files over Bluetooth in Windows

▶ *Applies To*

Files such as photos, videos, documents, and other kinds of files can be shared between devices using Bluetooth. The devices can be a phone, a laptop, a desktop PC, or a tablet.

https://support.microsoft.com/en-us/windows/send-and-receive-files-over-bluetooth-in-windows-36f8cf26-d1ff-50d1-4b73-3a56e5b43e6a

# US10182144 Claim 1

| | |
|---|---|
| **supporting bi-directional data communications** | Dell provides **Latitude 7210 2-in-1 Laptop** (**a hand held multimedia device**) that supports bi-directional communication, for example, "**send and receive files over Bluetooth in windows**". |

# Send and receive files over Bluetooth in Windows

▶ *Applies To*

Files such as photos, videos, documents, and other kinds of files can be shared between devices using Bluetooth. The devices can be a phone, a laptop, a desktop PC, or a tablet.

https://support.microsoft.com/en-us/windows/send-and-receive-files-over-bluetooth-in-windows-36f8cf26-d1ff-50d1-4b73-3a56e5b43e6a

# US10182144 Claim 1

| of **data including video and text** for the electronic wireless hand held multimedia device | Dell Inc. provides **Latitude 7210 2-in-1 Laptop** (a "hand held multimedia device") for **"send and receive files over bluetooth"** data such as video data and text documents such as **"PDF". "Files such as photos, videos, documents, and other kinds of files can be shared between devices using Bluetooth. The devices can be a phone, a laptop, a desktop PC, or a tablet."** |



Receiving video data over Wi-Fi or cellular network from application servers ("remote data resources")

# US10182144 Claim 1

## Features

### Operating System

**Available with Windows 10 Pro –** for a smooth, versatile PC experience.

https://web.archive.org/web/20210317000421/https://www.dell.com/en-us/work/shop/2-in-1-laptops-tablets/latitude-7210-2-in-1/spd/latitude-12-7210-2-in-1-laptop#features_section

# Send and receive files over Bluetooth in Windows

▶ *Applies To*

Files such as photos, videos, documents, and other kinds of files can be shared between devices using Bluetooth. The devices can be a phone, a laptop, a desktop PC, or a tablet.

https://support.microsoft.com/en-us/windows/send-and-receive-files-over-bluetooth-in-windows-36f8cf26-d1ff-50d1-4b73-3a56e5b43e6a

## Types of Transferrable Files

Bluetooth can transfer most file types, including documents, photos, videos, music, and apps. If a file is stored in a computer or smartphone folder, it can be sent. The receiving device must recognize the file type to open it. For instance, if a PDF is sent, the recipient's device needs a PDF reader app.

https://ascentoptics.com/blog/wireless-transceiver/
(Note: The above evidence has been obtained from a third-party source.)

5

# US10182144 Claim 1

| | |
|---|---|
| **with remote data resources over cellular telecommunications networks, over wireless local area networks, and over a direct wireless connection with electronic devices located within short range using short range RF (Radio Frequency) communications;** | Dell Inc. **Latitude 7210 2-in-1 Laptop** (a "hand held multimedia device") for **sending and receiving** (bi-directional data communications) has a "**Nano SIM card slot**" and "**Allows you to enable or disable the internal wireless devices such as WWAN/GPS, WLAN and Bluetooth**". |



## Wireless screen options

| Option | Description |
|---|---|
| Wireless Device Enable | Allows you to enable or disable the internal wireless devices.<br>• WWAN/GPS<br>• WLAN<br>• Bluetooth<br>All the options are enabled by default. |

https://www.dell.com/support/manuals/en-ed/latitude-12-7210-2-in-1-laptop/latitude_7210_2_in_1_service_manual/wireless-screen-options?guid=guid-73037438-2f79-4e50-a775-da34f8625d04&lang=en-us



**Wireless**

Help Me Choose

Qualcomm® QCA61x4A 802.11ac Dual Band (2x2) Wireless Adapter + BT

Intel Dual Band Wi-Fi 6 AX201 2x2 802.11ax 160MHz + Bluetooth 5.1

https://web.archive.org/web/20210317000421/https://www.dell.com/en-us/work/shop/2-in-1-laptops-tablets/latitude-7210-2-in-1/spd/latitude-12-7210-2-in-1-laptop#features_section

## Slots

1 Wedge-shaped lock slot

1 External nanoSIM Card Tray (optional)

1 USD 4.0 Memory Card Reader

https://web.archive.org/web/20210317000421/https://www.dell.com/en-us/work/shop/2-in-1-laptops-tablets/latitude-7210-2-in-1/spd/latitude-12-7210-2-in-1-laptop#features_section

5

# US10182144 Claim 1

| | |
|---|---|
| [1.1] a **touch sensitive display screen** configured to display the data including said video and text received by the electronic wireless hand held multimedia device by selecting a particular data represented by a **soft button graphically displayed** on the touch sensitive display screen of the multimedia device; | Latitude 7210 2-in-1 Laptop includes **a "12.3" FHD (1920 x 1280) Touch' display"** (a touch sensitive display screen) configured to display video and text data received by the device. Since, Latitude 7210 2-in-1 Laptop comprises a touchscreen display and can be configured to operate in "**tablet mode**," the touchscreen will support interactive user input and enables selection of specific data (such as apps, documents, or media files) using **virtual on-screen buttons** ("soft button graphically displayed on the touch sensitive display screen"). |



https://web.archive.org/web/20210317000421/https://www.dell.com/en-us/work/shop/2-in-1-laptops-tablets/latitude-7210-2-in-1/spd/latitude-12-7210-2-in-1-laptop#features_section



"touch sensitive display screen configured to display the data including said video"

https://www.youtube.com/watch?v=BkdkjW8W5So, (annotated)

# US10182144 Claim 1

| | |
|---|---|
| | Anti-Reflection Anti-Smudge Coating |
| Touch options | Yes ~~████████████~~ |
| Adaptive sync | N/A |

https://dl.dell.com/topicspdf/latitude-12-7210-2-in-1-laptop_owners-manual4_en-us.pdf

- [ Display] This Latitude 7210 2-in-1 comes with a 12.3" Touch Screen with FHD (1920x1280) resolution for stunningly clear visuals.
- [ Convertible Design ] As a 2-in-1 device, the Dell Latitude 7210 can be used in multiple modes, including laptop, tablet, tent, and stand mode. This versatility allows users to adapt the device to their preferred usage scenario, whether they're typing documents, making presentations, taking notes, or consuming media.

https://www.amazon.com/Dell-Latitude-Touchscreen-Convertible-i5-10310U/dp/B0DJVTQCC6#:~:text=%5B%20Convertible%20Design%20%5D%20As%20a%202,taking%20notes%2C%20or%20consuming%20media.



The on-screen touch keyboard appears whenever a typing field is selected,

https://www.dell.com/support/contents/en-us/videos/videoplayer/windows-11-tablet-mode/6359643787112#:~:text=In%20Windows%2011%2C%20tablet%20mode,or%20disabling%20tablet%20mode%20accordingly.

8

# US10182144 Claim 1

| | |
|---|---|
| [1.2]                                    a **microprocessor** configured to facilitate operation of and communications by the electronic wireless hand held multimedia device; | Latitude 7210 2-in-1 Laptop includes a **'10th Generation Intel Core i3-10110U' processor** ("a microprocessor") that facilitates the bi-directional communication with remote data resources over Wi-Fi, cellular network (nano SIM), and Bluetooth. |

## Processor

### Help Me Choose

10th Generation Intel® Core™ i3-10110U (2 Core, 4M Cache, Base 2.1GHz, Up to 4.1GHz)

https://web.archive.org/web/20210317000421/https://www.dell.com/en-us/work/shop/2-in-1-laptops-tablets/latitude-7210-2-in-1/spd/latitude-12-7210-2-in-1-laptop#features_section

# US10182144 Claim 1

| | |
|---|---|
| [1.3] a **video camera** enabling the capture of video and pictures; | Latitude 7210 2-in-1 Laptop includes a **'5 MP/FF front facing 2D camera'** ("a video camera") that enables users to capture images and videos. |

**Camera**

5 MP/FF front facing 2D camera
8 MP/FF front facing 2D camera
Face IR camera with WWAN SKU

https://web.archive.org/web/20210317000421/https://www.dell.com/en-us/work/shop/2-in-1-laptops-tablets/latitude-7210-2-in-1/spd/latitude-12-7210-2-in-1-laptop#features_section

# US10182144 Claim 1

| | |
|---|---|
| **[1.4]** an **image processing unit** configured to process the video and pictures captured by the video camera for display on the touch sensitive display screen; | Latitude 7210 2-in-1 Laptop includes '10th Generation Intel Core i3-10110U' processor, which includes an **Intel Image Processing Unit (IPU4)** to process the captured video and images. Further, it would be apparent that the '10th Generation Intel Core i3-10110U' processor displays the processed images and videos on the '12.3" FHD (1920 x 1280) Touch' display ("for display on the touch sensitive display screen"). |

## Processor

### Help Me Choose

10th Generation Intel® Core™ i3-10110U (2 Core, 4M Cache, Base 2.1GHz, Up to 4.1GHz)

https://web.archive.org/web/20210317000421/https://www.dell.com/en-us/work/shop/2-in-1-laptops-tablets/latitude-7210-2-in-1/spd/latitude-12-7210-2-in-1-laptop#features_section

**2.5      Intel® Image Processing Unit (Intel® IPU)**

**2.5.1      Platform Imaging Infrastructure**

The platform imaging infrastructure is based on the following hardware components:

- **Camera SubSystem:** Located in the lid of the system and contains CMOS sensor, flash, LED, I/O interface (MIPI* CSI-2 and $I^2C^*$), Focus control and other components.

- **Camera I/O Controller:** The I/O controller is located in the processor and contains a MIPI-CSI2 Host controller. The host controller is a PCI device (independent of the IPU device). The CSI-2 HCI brings imaging data from an external image into the system and provides a command and control channel for the image using $I^2C$.

- **Intel® IPU (Image Processing Unit):** The IPU processes raw images captured by Bayer sensors. The result images are used by still photography and video capture applications (JPEG, H.264, etc.).

https://www.intel.com/content/dam/www/public/us/en/documents/datasheets/10th-gen-core-families-datasheet-vol-1-datasheet.pdf, at page 39

16

# US10182144 Claim 1



https://www.intel.com/content/dam/www/public/us/en/documents/datasheets/10th-gen-core-families-datasheet-vol-1-datasheet.pdf, at page 39 (annotated)

## Intel® Image Processing Unit (Intel® IPU)

The Intel® IPU is an embedded camera subsystem hardware component on the processor, it processes video and still images at high quality while consuming lower-power by leveraging a programmable VLIW (very-long-instruction-word) SIMD vector processor, a hardware fixed function pipe (accelerators), 3 scalar processors and more.

https://www.intel.com/content/dam/www/public/us/en/documents/datasheets/10th-gen-core-families-datasheet-vol-1-datasheet.pdf, at page 39



https://web.archive.org/web/20210317000421/https://www.dell.com/en-us/work/shop/2-in-1-laptops-tablets/latitude-7210-2-in-1/spd/latitude-12-7210-2-in-1-laptop#features_section

# US10182144 Claim 1

| | |
|---|---|
| [1.5] a **GPS module** configured to operate with **mapping resources** and provide location information and mapping information data for and/or with respect to the electronic wireless hand held multimedia device wherein the mapping information data is rendered on the **touch sensitive display screen** as GPS maps; and | Latitude 7210 2-in-1 Laptop comprises an integrated "**GPS**" (**GPS module**) that uses mapping applications such as **Windows "Maps" or Google "Maps"** (**mapping resources**) for providing real-time location information and mapping data with respect to Latitude 7210 2-in-1 Laptop. The mapping data is rendered on the **device's touchscreen display** (touch sensitive display screen) as navigable GPS maps (using Windows Maps or Google Maps). |



https://www.dell.com/support/manuals/en-us/latitude-12-7210-2-in-1-laptop/latitude_7210_2_in_1_service_manual/wireless-screen-options?guid=guid-73037438-2f79-4e50-a775-da34f8625d04&lang=en-us



https://www.dell.com/support/manuals/en-ed/latitude-12-7210-2-in-1-laptop/latitude_7210_2_in_1_service_manual/wireless-screen-options?guid=guid-73037438-2f79-4e50-a775-da34f8625d04&lang=en-us



https://www.geotab.com/blog/what-is-gps/, (annotated)

(Note: The above evidence has been obtained from a third-party source.)

15

# US10182144 Claim 1

| [1.6] a **security module** accessible by the microprocessor to enable protected data access, management and communications security. | Latitude 7210 2-in-1 Laptop includes **Trusted Platform Module (TPM) 2.0** ("security module"), an embedded security chip which is accessible by the 10th Generation Intel Core i3-10110U' processor. Further, the TPM 2.0 securely stores passwords, certificates, or encryption keys, supporting support secure data access and system management. Since TPM 2.0 stores encryption keys, therefore, upon information and belief TPM enable communication security in Latitude 7210 2-in-1 Laptop. |
|---|---|



https://www.dell.com/support/manuals/en-us/latitude-12-7210-2-in-1-laptop/latitude_7210_2_in_1_setup_and_specs/security?guid=guid-30e62b27-eb59-401a-b793-a063d6e311f1&lang=en-us

TPM (Trusted Platform Module) is a computer chip (microcontroller) that can securely store artifacts used to authenticate the platform (your PC or laptop).

TPM (Trusted Platform Module) is a computer chip (microcontroller) that can securely store artifacts used to authenticate the platform (your PC or laptop). These artifacts can include passwords, certificates, or encryption keys. A TPM can also be used to store platform measurements that help ensure that the platform remains trustworthy. Authentication (ensuring that the platform can prove that it is what it claims to be) and attestation (a process helping to prove that a platform is trustworthy and has not been breached) are necessary steps to ensure safer computing in all environments.

Trusted modules can be used in computing devices other than PCs, such as mobile phones or network equipment.

https://trustedcomputinggroup.org/resource/trusted-platform-module-tpm-summary/

(Note: The above evidence has been obtained from a third-party source.)

# US10182144 Claim 1

## What Is a Trusted Platform Module?

A TPM, or a trusted platform module, is a physical or embedded security technology (microcontroller) that resides on a computer's motherboard or in its processor. TPMs use cryptography to help securely store essential and critical information on PCs to enable platform authentication. They store a variety of sensitive information— such as user credentials, passwords, fingerprints, certificates, encryption keys, or other important consumer documentation— behind a hardware barrier to keep it safe from external attacks.

https://www.intel.com/content/www/us/en/learn/what-is-a-trusted-platform-module.html

15