# EXHIBIT D

# US 9,646,444 Mesa Digital
# vs
# Dell Inc.

# US 9,646,444 Mesa Digital vs Dell Inc.



Claims priority from a provisional application 06/27/2000
Total Patent Term Adjustments: 246 days

# Related Products

- The following chart is based on the review of Dell's Latitude 7210 2-in-1 Laptop




https://www.dell.com/en-us/work/shop/2-in-1-laptops-tablets/latitude-7210-2-in-1/spd/latitude-12-7210-2-in-1-laptop#features_section



https://web.archive.org/web/20250000000000*/https://www.dell.com/en-us/work/shop/2-in-1-laptops-tablets/latitude-7210-2-in-1/spd/latitude-12-7210-2-in-1-laptop#features_section

3

# US9646444 Claim 1

1. An electronic wireless hand held multimedia device, comprising:

at least one of a wireless unit and a tuner unit supporting bi-directional data communications of data including video and text for the electronic wireless hand held multimedia device with remote data resources over cellular telecommunications networks, over wireless local area networks and over a direct wireless connection with electronic devices located within short range using short range RE (Radio Frequency) communications after accepting a passcode from a user of the multimedia device during the communications;

a touch sensitive display screen configured to display the data including video and text received by the electronic wireless hand held multimedia device by selecting a particular data represented by a soft button on the touch sensitive display screen of the multimedia device;
a microprocessor configured to facilitate operation of and communications by the electronic wireless hand held multimedia device; and

a video camera enabling the capture, storage, processing, and transmission of video and pictures.

## US9646444 Claim 1

| | |
|---|---|
| [1.P] An **electronic wireless hand held multimedia device**, comprising: | Dell Inc. provides "**Latitude 7210 2-in-1 Laptop**" (a hand held multimedia device). |



https://web.archive.org/web/20210317000421/https://www.dell.com/en-us/work/shop/2-in-1-laptops-tablets/latitude-7210-2-in-1/spd/latitude-12-7210-2-in-1-laptop#features_section

# US10182144 Claim 1

| | |
|---|---|
| at least one of a **wireless unit** | Dell provides **Latitude 7210 2-in-1 Laptop** (**a hand held multimedia device**) The Latitude 7210 2-in-1 Laptop supports bi-directional communication, for example, "**send and receive files over Bluetooth in windows**' therefore, the Latitude 7210 2-in-1 Laptop includes "**wireless transceivers**" (wireless unit) for facilitating communication over "**Wi-Fi, cellular network (nano SIM), and Bluetooth**". The Latitude 7210 2-in-1 wireless unit incorporates integrated wireless modules that perform the necessary functions for "**Wi-Fi and Bluetooth communication"**. Additionally, certain configurations offer optional cellular connectivity through a "**nano SIM card slot**." |



https://www.dell.com/support/manuals/en-ed/latitude-12-7210-2-in-1-laptop/latitude_7210_2_in_1_service_manual/wireless-screen-options?guid=guid-73037438-2f79-4e50-a775-da34f8625d04&lang=en-us



https://web.archive.org/web/20210317000421/https://www.dell.com/en-us/work/shop/2-in-1-laptops-tablets/latitude-7210-2-in-1/spd/latitude-12-7210-2-in-1-laptop#features_section



https://web.archive.org/web/20210317000421/https://www.dell.com/en-us/work/shop/2-in-1-laptops-tablets/latitude-7210-2-in-1/spd/latitude-12-7210-2-in-1-laptop#features_section

5

# US10182144 Claim 1

**How Wireless Transceivers Work**

Wireless transceivers work via radiowaves to send and receive information to and from devices. Such a procedure commences with the transmitter part that encodes digital information into radio waves using modulation techniques like Frequency Modulation (FM) or Amplitude Modulation (AM). These modulated signals are radio frequency signals that are radiated over an antenna. Then, the transceiver antenna of the receiver intercepts the radio, as mentioned above, frequency signals and employs its demodulator to reconstruct the coded information. Signal processing is also undertaken to quickly receive the data to eliminate the noise and any other interference that might be present. The transceivers[] are designed to work in different bands of frequencies, which are changed depending on the purposes, for instance, Wi-Fi, Bluetooth, and cellular networks, to optimize connection and communication quality. This complicated process indicates the importance of transceivers in retaining continuity in wireless data over different technologies.

https://ascentoptics.com/blog/wireless-transceiver/
(Note: The above evidence has been obtained from a third-party source.)

# Send and receive files over Bluetooth in Windows

▶ Applies To

Files such as photos, videos, documents, and other kinds of files can be shared between devices using Bluetooth. The devices can be a phone, a laptop, a desktop PC, or a tablet.

https://support.microsoft.com/en-us/windows/send-and-receive-files-over-bluetooth-in-windows-36f8cf26-d1ff-50d1-4b73-3a56e5b43e6a

5

# US9646444 Claim 1

| | |
|---|---|
| a **tuner unit** | Dell Inc. provides **Latitude 7210 2-in-1 Laptop** (a "hand held multimedia device") for **sending and receiving** (bi-directional data communications) data such as video data and text documents (such as PDF) to/from **application servers on the internet and/or Bluetooth-paired devices** (remote data resources). Latitude 7210 2-in-1 communicates data over the **cellular telecommunication networks via a nano SIM**, '**Intel Dual Band Wi-Fi 6 AX201 2x2 802.11ax 160MHz**' ("over wireless local area networks), and over **Bluetooth 5.1** (short range RE (Radio Frequency) communications). The Latitude 7210 2-in-1 Laptop supports Bluetooth Secure Simple Pairing, which establishes a secure connection by exchanging a "**16-character alphanumeric PIN**" (passcode) with nearby Bluetooth devices before sending or receiving any data. Wi-Fi/Bluetooth communication occurs across multiple predefined frequency channels within designated bands (such as the 2.4 GHz band). To establish a Wi-Fi/Bluetooth connection, the Latitude 7210 2-in-1 Laptop tunes to one of the predefined frequency channels. Therefore, in order to tune to a specific predefined frequency channel, the Latitude 7210 2-in-1 Laptop includes a **"tuner unit".** |

**Wireless**

Help Me Choose

Qualcomm® QCA61x4A 802.11ac Dual Band (2x2) Wireless Adapter + BT

Intel Dual Band Wi-Fi 6 AX201 2x2 802.11ax 160MHz + Bluetooth 5.1

https://web.archive.org/web/20210317000421/https://www.dell.com/en-us/work/shop/2-in-1-laptops-tablets/latitude-7210-2-in-1/spd/latitude-12-7210-2-in-1-laptop#features_section

How Wireless Transceivers Work

Wireless transceivers work via radiowaves to send and receive information to and from devices. Such a procedure commences with the transmitter part that encodes digital information into radio waves using modulation techniques like Frequency Modulation (FM) or Amplitude Modulation (AM). These modulated signals are radio frequency signals that are radiated over an antenna. Then, the transceiver antenna of the receiver intercepts the radio, as mentioned above, frequency signals and employs its demodulator to reconstruct the coded information. Signal processing is also undertaken to quickly receive the data to eliminate the noise and any other interference that might be present. The transceivers are designed to work in different bands of frequencies, which are changed depending on the purposes, for instance, Wi-Fi, Bluetooth, and cellular networks, to optimize connection and communication quality. This complicated process indicates the importance of transceivers in retaining continuity in wireless stats over different technologies.

https://ascentoptics.com/blog/wireless-transceiver/

(Note: The above evidence has been obtained from a third-party source.)

5

2.4 GHz WLAN/Wi-Fi Technology (802.11 b/g/n) uses the frequency band from 2401 to 2484 MHz. This bandwidth is divided among 14 channels. Each of the WLAN / Wi-Fi Channels are spaced 5 MHz apart, except the last two channels which are spaced 12 MHz apart. Most of these channels (Channel 1 to Channel 11) can be used across the globe, except channels 12, 13 and 14. Channel 12 (2456 - 2478 MHz) and Channel 13 (2461 - 2483 MHz) are not allowed in North America, whereas Channel 14 (2473 - 2484 MHz) can only be used in Japan.

https://www.everythingrf.com/community/2-4-ghz-wi-fi-802-11b-g-n-channels-and-frequency-band

(Note: The above evidence has been obtained from a third-party source.)

The RFFE in a UE is made up of a number of key components:

- The antenna(s) and antenna tuner(s)
- Band Select, Duplexers: filters, duplexers, diplexers, and switches used for frequency control
- Transmitters and RF Power Amplifiers (Tx/PA's)
- Receivers and Low-Noise Amplifiers (Rx/LNAs)

The Baseband and RF (mixers, down converter, etc.) section, a key component in the overall UE, is not part of the RFFE.



Figure 1. Simplified diagram of a UE, highlighting the RFFE portion.

https://www.5gamericas.org/wp-content/uploads/2019/07/4GA_RFFE_Optimization_Oct_2014.pdf, at page 5

9

**2.4GHZ BAND CHANNEL NUMBERS & FREQUENCIES**

| CHANNEL NUMBER | LOWER FREQUENCY MHZ | CENTER FREQUENCY MHZ | UPPER FREQUENCY MHZ |
|---|---|---|---|
| 1 | 2401 | 2412 | 2423 |
| 2 | 2406 | 2417 | 2428 |
| 3 | 2411 | 2422 | 2433 |
| 4 | 2416 | 2427 | 2438 |
| 5 | 2421 | 2432 | 2443 |
| 6 | 2426 | 2437 | 2448 |
| 7 | 2431 | 2442 | 2453 |
| 8 | 2436 | 2447 | 2458 |
| 9 | 2441 | 2452 | 2463 |
| 10 | 2446 | 2457 | 2468 |
| 11 | 2451 | 2462 | 2473 |
| 12 | 2456 | 2467 | 2478 |
| 13 | 2461 | 2472 | 2483 |
| 14 | 2473 | 2484 | 2495 |

Multiple pre-defined frequency channels within the 2.4 GHz band

https://www.electronics-notes.com/articles/connectivity/wifi-ieee-802-11/channels-frequencies-bands-bandwidth.php  (annotated)

(Note: The above evidence has been obtained from a third-party source.)

# US9646444 Claim 1

| | |
|---|---|
| supporting **bi-directional data communications of data including video and text** for the electronic wireless hand held multimedia device | Dell Inc. provides **Latitude 7210 2-in-1 Laptop** (a "hand held multimedia device") for "**sending and receiving**" ("bi-directional data communications") data such as video data and text documents (such as "**PDF**") |



Receiving video data over Wi-Fi or cellular network from application servers ("remote data resources")

https://www.youtube.com/watch?v=BkdkjW8W5So, (annotated)

### Types of Transferrable Files

Bluetooth can transfer most file types, including documents, photos, videos, music, and apps. If a file is stored in a computer or smartphone folder, it can be sent. The receiving device must recognize the file type to open it. For instance, if a PDF is sent, the recipient's device needs a PDF reader app.

https://www.lifewire.com/bluetooth-file-transfer-4147725

(Note: The above evidence has been obtained from a third-party source.)

# US9646444 Claim 1

| | |
|---|---|
| with **remote data resources over cellular telecommunications networks, over wireless local area networks and over a direct wireless connection with electronic devices located within short range using short range RE (Radio Frequency) communications** | Dell Inc. provides **Latitude 7210 2-in-1 Laptop** (a hand held multimedia device) for **sending and receiving** (bi-directional data communications) data such as video data and text documents (such as PDF) to/from **application servers on the internet and/or Bluetooth-paired devices** (remote data resources). Latitude 7210 2-in-1 communicates data over the **cellular telecommunication networks via a nano SIM**, **"Intel Dual Band Wi-Fi 6 AX201 2x2 802.11ax 160MHz"** (over wireless local area networks), and over "**Bluetooth 5.1**" (short range RE (Radio Frequency) communications). |

**Slots**

1 Wedge-shaped lock slot
1 External nanoSIM Card Tray (optional)

https://web.archive.org/web/20210317000421/https://www.dell.com/en-us/work/shop/2-in-1-laptops-tablets/latitude-7210-2-in-1/spd/latitude-12-7210-2-in-1-laptop#features_section

**Wireless**

Help Me Choose

Qualcomm® QCA61x4A 802.11ac Dual Band (2x2) Wireless Adapter + BT

Intel Dual Band Wi-Fi 6 AX201 2x2 802.11ax 160MHz + Bluetooth 5.1

https://web.archive.org/web/20210317000421/https://www.dell.com/en-us/work/shop/2-in-1-laptops-tablets/latitude-7210-2-in-1/spd/latitude-12-7210-2-in-1-laptop#features_section

# US9646444 Claim 1

| | |
|---|---|
| after accepting a **passcode** from a user of the multimedia device during the communications; | Dell Inc. provides Latitude 7210 2-in-1 Laptop (a hand held multimedia device) for sending and receiving (bi-directional data communications) data such as video data and text documents (such as PDF) to/from application servers on the internet and/or Bluetooth-paired devices (remote data resources). Latitude 7210 2-in-1 communicates data over the cellular telecommunication networks via a nano SIM, "Intel Dual Band Wi-Fi 6 AX201 2x2 802.11ax 160MHz" (over wireless local area networks), and over "Bluetooth 5.1" (short range RE (Radio Frequency) communications). <br><br> The Latitude 7210 2-in-1 Laptop supports Bluetooth Secure Simple Pairing, which establishes a secure connection by exchanging a **16-character alphanumeric PIN** (**passcode**) with nearby Bluetooth devices before sending or receiving any data. Since, Latitude 7210 2-in-1 Laptop supports bi-directional communication, the Latitude 7210 2-in-1 Laptop includes **wireless transceivers** ("wireless unit") for facilitating munication over Wi-Fi, cellular network (nano SIM), and Bluetooth. |

### 5.2 BR/EDR SECURE SIMPLE PAIRING

The primary goal of Secure Simple Pairing is to simplify the pairing procedure for the user. Secondary goals are to maintain or improve the security in Bluetooth wireless technology. Since high levels of security and ease-of-use are often at opposite ends of the spectrum in many technologies and products, much care has been taken to maximize security while minimizing complexity from the end user's point of view.

#### 5.2.1 Security goals

This Section was amended on 2024-06-11 by the Bluetooth Core Specification Amendment: Core Configuration and Compliance Updates. See page 0 for more information.

Secure Simple Pairing has two security goals: protection against passive eavesdropping and protection against man-in-the-middle (MITM attacks (active eavesdropping. It is a goal of Secure Simple Pairing to exceed the maximum security level provided by the use of a 16 alphanumeric PIN with the pairing algorithm used in versions 2.0 + EDR and lower of the specification, which often used a 4-digit PIN or a fixed PIN of commonly known values significantly limiting the security on the link.

https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587172&_gl=1*1phydee*_gcl_au*NDQyNTg0NDc1LjE3NTM3NzQ0NTE., at page 243

| PIN | A user-friendly number that can be used to authenticate connections to a device before pairing has taken place. |
|---|---|

https://www.bluetooth.org/DocMan/handlers/DownloadDoc.ashx?doc_id=587174&_gl=1*wm2xe8*_gcl_au*NDQyNTg0NDc1LjE3NTM3NzQ0NTE, at page 258

5

# US9646444 Claim 1

| | |
|---|---|
| [1.1] a **touch sensitive display screen** configured to display the data including video and text received by the electronic wireless hand held multimedia device by selecting a particular data represented by **a soft button** on the touch sensitive display screen of the multimedia device; | Latitude 7210 2-in-1 Laptop includes a **'12.3" FHD (1920 x 1280) Touch' display** ("a touch sensitive display screen") configured to display video and text data received by the device. Since, Latitude 7210 2-in-1 Laptop comprises a touchscreen display, the touchscreen will support interactive user input and enables selection of specific data (such as apps, documents, or media files) using **virtual on-screen buttons** ("soft button on the touch sensitive display screen").  https://web.archive.org/web/20210317000421/https://www.dell.com/en-us/work/shop/2-in-1-laptops-tablets/latitude-7210-2-in-1/spd/latitude-12-7210-2-in-1-laptop#features_section <br><br> "touch sensitive display screen configured to display the data including video" <br><br> https://www.youtube.com/watch?v=BkdkjW8W5So, (annotated) |

11

# US9646444 Claim 1

| | |
|---|---|
| **[1.2] a microprocessor** configured to facilitate operation of and communications by the electronic wireless hand held multimedia device; and | Latitude 7210 2-in-1 Laptop includes a **'10th Generation Intel Core i3-10110U' processor** (**a microprocessor**) that facilitates the bi-directional communication with remote data resources over Wi-Fi, cellular network (**nano SIM**), and Bluetooth.<br><br>Processor<br>Help Me Choose<br>10th Generation Intel® Core™ i3-10110U (2 Core, 4M Cache, Base 2.1GHz, Up to 4.1GHz)<br><br>https://web.archive.org/web/20210317000421/https://www.dell.com/en-us/work/shop/2-in-1-laptops-tablets/latitude-7210-2-in-1/spd/latitude-12-7210-2-in-1-laptop#features_section |

15

# US9646444 Claim 1

| | |
|---|---|
| [1.3] a **video camera** enabling the **capture, storage, processing, and transmission of video and pictures.** | Latitude 7210 2-in-1 Laptop includes a **"5 MP/FF front facing 2D camera"** (**a video camera**) that enables users to **capture images and videos**. That are **stored** in the internal hard drive (**M.2 128GB PCIe NVMe Class 35 Solid State Drive**) of the Latitude 7210 2-in-1 Laptop, processed utilizing the **processor** and **transmitted** through cellular network using **nano SIM, over Wi-Fi and over Bluetooth 5.1**. |

**Camera**

5 MP/FF front facing 2D camera
8 MP/FF front facing 2D camera
Face IR camera with WWAN SKU

https://web.archive.org/web/20210317000421/https://www.dell.com/en-us/work/shop/2-in-1-laptops-tablets/latitude-7210-2-in-1/spd/latitude-12-7210-2-in-1-laptop#features_section

**Hard Drive**

Help Me Choose

M.2 128GB PCIe NVMe Class 35 Solid State Drive

https://web.archive.org/web/20210317000421/https://www.dell.com/en-us/work/shop/2-in-1-laptops-tablets/latitude-7210-2-in-1/spd/latitude-12-7210-2-in-1-laptop#features_section

**Processor**

Help Me Choose

10th Generation Intel® Core™ i3-10110U (2 Core, 4M Cache, Base 2.1GHz, Up to 4.1GHz)

https://web.archive.org/web/20210317000421/https://www.dell.com/en-us/work/shop/2-in-1-laptops-tablets/latitude-7210-2-in-1/spd/latitude-12-7210-2-in-1-laptop#features_section

# US9646444 Claim 1



https://web.archive.org/web/20210317000421/https://www.dell.com/en-us/work/shop/2-in-1-laptops-tablets/latitude-7210-2-in-1/spd/latitude-12-7210-2-in-1-laptop#features_section

https://web.archive.org/web/20210317000421/https://www.dell.com/en-us/work/shop/2-in-1-laptops-tablets/latitude-7210-2-in-1/spd/latitude-12-7210-2-in-1-laptop#features_section