IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **MESA DIGITAL, LLC,**<br>　　　Plaintiff, | Civil Action No. 7:25-cv-00393-DC-DTG |
| v. | |
| **DELL INC.,**<br>　　　Defendant | **JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SANCTIONS**

Mesa Digital, LLC files this Motion for Extension of Time to Respond to Defendant, Dell Inc.'s, Motion for Sanctions Under Rule 11 Against Plaintiff, Mesa Digital, and Plaintiff's Counsel, Ramey LLP, ECF 11. Plaintiff contacted Defendant's counsel and requested an extension for the same, and Defendant is unopposed.

Plaintiff files this motion unopposed and agreed, to the same, to allow a 3-week extension of time to respond to the Motion for Sanctions up to and including December 10, 2025.

Plaintiff also agrees to allow Defendant an additional 3-week extension to answer the complaint to December 19, 2025.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**Ramey LLP**

　　　　　　　　　　　　　　　　　　*/s/ William P. Ramey, III*
　　　　　　　　　　　　　　　　　　William P. Ramey, III
　　　　　　　　　　　　　　　　　　Texas State Bar No. 24027643
　　　　　　　　　　　　　　　　　　5020 Montrose Blvd., Suite 800
　　　　　　　　　　　　　　　　　　Houston, Texas 77006
　　　　　　　　　　　　　　　　　　(713) 426-3923 (telephone)
　　　　　　　　　　　　　　　　　　(832) 900-4941 (fax)
　　　　　　　　　　　　　　　　　　wramey@rameyfirm.com

　　　　　　　　　　　　　　　　　　*Attorneys for Mesa Digital, LLC*

**CERTIFICATE OF CONFERENCE**

I hereby certify that on November 18, 2025, I conferred with Defendant's counsel concerning this motion and extension of time to respond to Motion for Sanctions and they have no opposition to this extension.

*/s/ William P. Ramey, III*
William P. Ramey, III

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that all counsel of record who have appeared in this case are being served on this day of November 18, 2025, with a copy of the foregoing and ECF filing.

*/s/ William P. Ramey, III*
William P. Ramey, III