IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **MESA DIGITAL, LLC,**<br>　　**Plaintiff,**<br><br>v.<br><br>**DELL INC.,**<br>　　**Defendant** | Civil Action No. 7:25-cv-00393-DC-DTG<br><br><br>**JURY TRIAL DEMANDED** |

**ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SANCTIONS**

The Court having considered this Unopposed Motion for Extension for Plaintiff To Respond to Defendant's Motion for Sanctions Under Rule 11 Against Plaintiff Mesa Digital and Plaintiff's Counsel, Ramey LLP, ECF 11, in this matter including December 10, 2025; Defendant's extension to answer the Complaint on or before December 19, 2025, and that Defendant does not oppose this motion, the Motion for Extension regarding both matters are hereby GRANTED.

　　Signed this ___ day of _____, 2025.


　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Honorable Judge Presiding

1