IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **MESA DIGITAL, LLC,** | § | |
| *Plaintiff,* | § | |
| v. | § | CASE NO. 7:25-CV-00393-DC-DTG |
| **DELL INC.,** | § | |
| *Defendant,* | § | |

### ORDER STAYING CASE

Before the Court is the joint motion to stay and notice of settlement (Dkt. No. 14). The parties request that the Court stay all deadlines for thirty (30) days so that they may finalize the written form of their agreement and file appropriate dismissal papers. It is **ORDERED** that all unreached deadlines are **STAYED** until January 12, 2025. On or before that date, the parties are **ORDERED** to file the appropriate dismissal paperwork or move for entry of an amended scheduling order.

**SIGNED** this 11th day of December, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE