# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **MESA DIGITAL, LLC,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | NO.    **MO:25-CV-000393** |
| | § | |
| **DELL INC.,** | § | |
| *Defendant.* | § | |

## ORDER

Before the Court is the Parties' Joint Stipulation of Dismissal With Prejudice (Doc. 19) filed February 5, 2026. The parties agree and stipulate that all claims for relief asserted against Defendant is dismissed with prejudice as to the asserted patent. Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to dismiss an action upon filing a stipulation of dismissal signed by all parties who have appeared. The Plaintiff has done so. "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). The request to dismiss all claims against Defendant is hereby **GRANTED**.

It is so **ORDERED**.

SIGNED this 6th day of February, 2026.

DAVID  COUNTS
UNITED STATES DISTRICT JUDGE